**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Glen Ellyn Pharmacy, Inc.
                              Plaintiff,
v.                                        Case No.: 1:14−cv−09958
                                          Honorable Sharon Johnson Coleman
ProVen Pharmaceuticals, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 13, 2015:

  MINUTE entry before the Honorable Mary M. Rowland: Parties indicate they have reached a settlement and request status hearing set for 7/14/2015 be stricken. Parties' oral motion to strike status set for 7/14/2015 is granted. Status set for 7/14/2015 is stricken and re−set to 8/24/2015 at 9:00 A.M. Status will be stricken if parties file a stipulation to dismiss prior to that date. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.